IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN and CHERYL STOHEL,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., a foreign corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [18] REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-00496-DN-BCW<br><br>District Judge David Nuffer<br><br>Magistrate Judge Brooke C. Wells |

The Report and Recommendation[1] issued by United States Magistrate Judge Brooke C. Wells on February 9, 2018, recommends[2] that Defendant Caliber Home Loans, Inc's Motion to Dismiss[3] be granted and this matter be dismissed with prejudice.

The parties were notified[4] of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Because Plaintiffs are pro se and were served notice of the Report and Recommendation[5] by mail under Fed R. Civ. P. 5, they were also provided an additional three days to file their objection under Fed R. Civ. P. 6.

No party filed a written objection to the Report and Recommendation within the 17 day period as provided by court rules. Because the analysis and conclusion of the Magistrate Judge

---

[1] Report and Recommendation to Dismiss Case, docket no. 18, filed February 9 2018.

[2] *Id.* at 4.

[3] Defendant Caliber Home Loans, Inc.'s Motion to Dismiss, docket no. 16, filed December 14, 2017.

[4] Report and Recommendation at 4.

[5] Report and Recommendation to Dismiss Case, docket no. 18, filed February 9 2018.

are sound, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[6] is adopted in its entirety.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[7] is ADOPTED. Defendant Caliber Home Loans, Inc's Motion to Dismiss[8] is GRANTED and this case is DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed March 6, 2018.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[6] Report and Recommendation to Dismiss Case, docket no. 18, filed February 9 2018.

[7] Report and Recommendation to Dismiss Case, docket no. 18, filed February 9 2018.

[8] Defendant Caliber Home Loans, Inc.'s Motion to Dismiss, docket no. 16, filed December 14, 2017.